UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**FILED**
AUG 0 2 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY CASTRO,<br><br>  Plaintiff - Appellant,<br><br>V.<br><br>JOHN E. POTTER, Postmaster General,<br>U.S. Postal Service,<br><br>  Defendant - Appellee. | No. 07-16253<br>D.C. No. CV-06-003320-MHP<br><br>**ORDER** |

This appeal has been taken in good faith  [ ]

This appeal is not taken in good faith  [✓]

Explanation: _Plaintiff made little attempt to address his case on the merits and made little attempt or no attempt to follow the treatment regimen recommended by his doctors. It was also clear from his appearances before me that he is out of touch with reality and incapacitated._

_____
Judge
United States District Court

Date: 8/2/07